UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, *on behalf of herself and all other persons similarly situated*,

                        Plaintiff,

                v.

DRYWATER INC., DRYWATER HOLDINGS INC.,

                    Defendant.

25-CV-9632 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of the date of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of the date of this Order), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

                                 Ronnie Abrams
                                 United States District Judge